Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern
California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RBE CONSTRUCTION INC., a California corporation, doing business as SLINGSHOT DRYWALL,<br><br>Defendant. | Case No.: 4:17-cv-03327-HSG<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: September 12, 2017<br>Time: 2:00 p.m.<br>Location: 1301 Clay Street, Oakland, CA<br>Courtroom: 2, 4th Floor<br>Judge: Haywood S. Gilliam, Jr. |

Plaintiffs herein respectfully submit their request that the Case Management Conference, currently on calendar for September 12, 2017, be continued for approximately 60 – 90 days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on June 8, 2017 (Dkt. #1).

2. The process server hired by Plaintiffs' counsel to serve Defendant with the Summons and Complaint in this matter informed me today that Defendant was personally served with the Summons and Complaint on August 29, 2017, and that a signed Proof of Service would be provided to my office today. Upon receipt of the signed Proof of Service of Summons, Plaintiffs will immediately file same with the Court.

1
**PLAINTIFFS' REQUEST TO CONTINUE CMC; ORDER THEREON**
**Case No.: 4:17-cv-03327-HSG**

3. Defendant was recently served and Defendant's responsive pleading is not yet due. As Defendant has not yet filed an appearance, there are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference to allow sufficient time for Defendant to respond to the Complaint, and for the parties to discuss resolution of this matter without the need for further litigation.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

DATED: September 5, 2017                    SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Matthew P. Minser
Attorneys for Plaintiffs, District Council 16 Nor. California Health and Welfare Trust Fund, et al.

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to October 3, 2017 at 2:00 p.m., and all previously set deadlines and dates related to this case are continued accordingly.

DATED: September 6, 2017

Haywood S. Gilliam, Jr.
United States District Judge