Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern
California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RBE CONSTRUCTION INC., a California corporation, doing business as SLINGSHOT DRYWALL,<br><br>Defendant. | Case No.: 4:17-cv-03327-HSG<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: October 3, 2017<br>Time: 2:00 p.m.<br>Location: 1301 Clay Street, Oakland, CA<br>Courtroom: 2, 4th Floor<br>Judge: Haywood S. Gilliam, Jr. |

Plaintiffs herein respectfully submit their request that the Case Management Conference, currently on calendar for October 3, 2017, be continued for approximately sixty (60) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on June 8, 2017 (Dkt. #1).

2. Defendant was personally served with the Summons and Complaint on August 29, 2017, and a Proof of Service was filed with the Court on September 5, 2017 (Dkt. #13).

3. Plaintiffs' counsel was recently contacted by Wallace E. Smith, Esq. of Squire Patton Boggs (US) LLP, who represented that his firm had been retained to represent Defendant in this Action, and requested an extension of time to respond to the Complaint. Plaintiffs' counsel granted this request,

advancing said deadline to October 10, 2017.

4.	Accordingly, as the responsive pleading is not yet due, and Defendant has not yet filed an appearance, there are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference to allow sufficient time for Defendant to respond to the Complaint, and for the parties to discuss resolution of this matter without the need for further litigation.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

DATED: September 25, 2017				SALTZMAN & JOHNSON LAW CORPORATION

						By:	_____/S/_____
							Matthew P. Minser
							Attorneys for Plaintiffs, District Council 16 Nor.
							California Health and Welfare Trust Fund, et al.

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to October 24, 2017 at 2:00 p.m., and all previously set deadlines and dates related to this case are continued accordingly.

DATED: 9/25/2017				_____
						Hon. Haywood S. Gilliam, Jr.
						United States District Court Judge