Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Nor. Cal. Health and Welfare Trust Fund, et al.

Wallace E. Smith (SBN 112091)
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Email: wallace.smith@squirepb.com

Attorneys for Defendant, RBE Construction, Inc., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., | Case No. 4:17-cv-03327-HSG |
| Plaintiffs, | **JOINT REQUEST TO EXTEND MEDIATION COMPLETION DEADLINE BY 60 DAYS; ORDER THEREON** |
| v. | |
| RBE CONSTRUCTION INC., a California corporation, doing business as SLINGSHOT DRYWALL, | |
| Defendant. | |

Plaintiffs and Defendant RBE Construction, Inc. dba Slingshot Drywall, by and through their respective counsel of record, hereby respectfully request to extend the deadline to hold the mediation session by 60 days. Good cause exists for the continuance, as follows:

1.      On October 26, 2017, the Court ordered the Parties to participate in mediation within the presumptive deadline of ninety days, (Dkt. No. 24), as stipulated.

2.      Based on the October 26, 2017 order, the Parties have determined that the deadline for

1

1 | the Parties to participate in mediation is January 24, 2018.

2 |       3.      On November 13, 2017, the Court issued a Notice of Appointment of Mediator James H.

3 | Fleming (Dkt. No. 25).

4 |       4.      The parties participated in a pre-mediation phone conference on November 29, 2017 with

5 | Mr. Fleming, and scheduled a mediation hearing for January 22, 2018 at 10:00 AM., at the offices of

6 | Squire Patton Boggs, LLP, 275 Battery St., Suite 2600, San Francisco, California 94111.

7 |       5.      In late December 2017, Defendant provided documents necessary to complete the

8 | pending audit to Plaintiffs' auditor, Lindquist, LLP ("Lindquist").

9 |       6.      Lindquist has advised Plaintiffs' counsel that the documents are under review and

10 | preparation of the audit report is in progress. Plaintiffs' auditor estimates that the draft audit report can

11 | be completed in two weeks or less.

12 |       7.      Once the draft audit report is issued, the Defendant will have the opportunity to dispute

13 | the results. The Parties believe that mediation will be most effective once the Defendant has had the

14 | chance to review the audit, and the dispute process has been completed. Counsel has discussed this with

15 | Mr. Fleming, the mediator, and he has expressed his support for the requested extension.

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 |

**JOINT REQUEST TO EXTEND MEDIATION COMPLETION DEADLINE BY 60 DAYS; ORDER**
**Case No. 4:17-cv-03327-HSG**     C:\Users\RILEYN~1.CAN\AppData\Local\Temp\notes06E812\17-cv-03327 HSG - Jt Req to Cont Med DL 011818.docx

1    8.    The Parties therefore request that the Court extend the January 24, 2018 deadline to hold

2    the mediation session by 60 days to allow the Parties to complete the audit process prior to mediating.

3    DATED: January 18, 2018                    **SALTZMAN & JOHNSON LAW**
                                                **CORPORATION**
4

5                                    By:    _____/S/_____
                                            Matthew P. Minser
6                                            Attorneys for Plaintiffs, District Council 16
                                            Nor. Cal. Health and Welfare Trust Fund, et al.
7

8

9    DATED: January 18, 2018                    **SQUIRE PATTON BOGGS (US) LLP**

10                                   By:    _____/S/_____
                                            Wallace E. Smith
11                                           Attorneys for Defendant, RBE Construction, Inc.,
                                            et al.
12

13                        CERTIFICATION RE: SIGNATURES

14        I attest that concurrence in the filing has been obtained from the other Signatory.

15

16   DATED: January 18, 2018

17                                   By:    _____/S/_____
                                            Matthew P. Minser
18

19

20   **IT IS SO ORDERED.**

21        The deadline to hold the mediation session is extended by 60 days to March 23, 2018.

22

23   DATED:  January 22, 2018        _____
                                            UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

                                            3
**JOINT REQUEST TO EXTEND MEDIATION COMPLETION DEADLINE BY 60 DAYS; ORDER**
**Case No. 4:17-cv-03327-HSG**    C:\Users\RILEYN~1.CAN\AppData\Local\Temp\notes06E812\17-cv-03327 HSG - Jt Req to Cont Med DL 011818.docx

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOINT REQUEST TO EXTEND MEDIATION COMPLETION DEADLINE BY 60 DAYS; ORDER**

**Case No. 4:17-cv-03327-HSG** C:\Users\RILEYN~1.CAN\AppData\Local\Temp\notes06E812\17-cv-03327 HSG - Jt Req to Cont Med DL 011818.docx