Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Nor. Cal. Health and Welfare Trust Fund, et al.

Wallace E. Smith (SBN 112091)
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Email: wallace.smith@squirepb.com

Attorneys for Defendants, RBE Construction, Inc., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>RBE CONSTRUCTION INC., a California corporation, doing business as SLINGSHOT DRYWALL,<br>        Defendant. | Case No. 4:17-cv-03327-HSG<br><br>**JOINT REQUEST TO EXTEND MEDIATION COMPLETION DEADLINE TO MARCH 18, 2019; ORDER** |

Plaintiffs and Defendant RBE Construction, Inc. dba Slingshot Drywall, by and through their respective counsel of record, hereby respectfully request to extend the deadline to hold the mediation session to March 18, 2019. Good cause exists for the continuance, as follows:

    1.    On October 26, 2017, the Court ordered the Parties to participate in mediation within the presumptive deadline of ninety days, (Dkt. No. 24), as stipulated. The deadline for the Parties to participate in mediation was January 24, 2018.

    2.    On November 13, 2017, the Court issued a Notice of Appointment of Mediator James H.

1

**JOINT REQUEST TO EXTEND MEDIATION COMPLETION DEADLINE**
**Case No. 4:17-cv-03327-HSG**    C:\Users\rileyn\AppData\Local\Temp\notes06E812\Joint Request to Extend Mediation Deadline.docx

Fleming (Dkt. No. 25).

3. The Parties participated in a pre-mediation phone conference on November 29, 2017 with Mr. Fleming, and scheduled a mediation session for January 22, 2018.

4. In late December 2017, Defendant provided documents necessary to complete the pending audit to Plaintiffs' auditor, Lindquist, LLP ("Lindquist").

5. Lindquist initially advised Plaintiffs' counsel that a draft audit report would be completed in early February.

6. On January 28, 2018, the Parties submitted a joint request to extend the mediation completion deadline by 60 days. The Court granted that request and extended the mediation completion deadline to March 23, 2018 (Dkt. No. 29).

7. Plaintiffs' auditor Lindquist was unable to complete the draft audit in the timeframe initially estimated due to the number of documents reflecting work performed over a period of two years. The draft audit was not completed until March 7, 2018. On March 12, 2018, the Court granted a request to extend the mediation completion deadline to June 10, 2018 (Dkt. No. 31). Defendant requested additional time to submit its dispute of the audit report. The Court has subsequently granted further extensions (Dkt. No. 34, Dkt. No. 37, Dkt. No. 39, and Dkt. No. 44) through January 18, 2019.

8. On November 16, 2918, the appointment of James Fleming as mediator was vacated (Dkt. No. 42). Julia Campins was appointed mediator in this matter on December 4, 2018 (Dkt. No. 46).

9. A Status Conference was held before the Court on February 5, 2019 regarding the fact that mediation had not been completed by January 18, 2019. As required by the Court's Minute Order dated February 5, 2019 [Dkt. 49.] the Parties have confirmed that mediation will be held on March 18, 2019. Counsel have confirmed with their respective clients and the mediator that this date is acceptable.

//
//
//
//
//

**JOINT REQUEST TO EXTEND MEDIATION COMPLETION DEADLINE**
**Case No. 4:17-cv-03327-HSG**                                C:\Users\rileyn\AppData\Local\Temp\notes06E812\Joint Request to Extend Mediation Deadline.docx

10. Therefore, the Parties respectfully request that the mediation deadline be extended to March 18, 2019, the date of the confirmed mediation session.

Respectfully submitted,

DATED: February 8, 2019          **SALTZMAN & JOHNSON LAW CORPORATION**

By:     /S/
Matthew P. Minser
Attorneys for Plaintiffs, , District Council 16
Nor. Cal. Health and Welfare Trust Fund, et al.

DATED: February 8, 2019          **SQUIRE PATTON BOGGS (US) LLP**

By:     /S/
Wallace E. Smith
Attorneys for Defendant, RBE Construction, Inc., et al.

## CERTIFICATION RE: SIGNATURES

I attest that concurrence in the filing has been obtained from the other Signatory.

DATED: February 8, 2019

By:     /S/
Matthew P. Minser

IT IS SO ORDERED.

The Court hereby extends the mediation completion deadline in this matter to March 18, 2019.

DATED: February 11, 2019

*/s/ Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT COURT JUDGE