Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Nor. Cal. Health and Welfare Trust Fund, et al.

Wallace E. Smith (SBN 112091)
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Email: wallace.smith@squirepb.com

Attorneys for Defendants, RBE Construction, Inc., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RBE CONSTRUCTION INC., a California corporation, doing business as SLINGSHOT DRYWALL, <br><br> Defendant. | Case No. 17-cv-03327-HSG <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE; PROPOSED ORDER THEREON** |

Notice is hereby given that the parties hereto have negotiated a full settlement, and are in the process of preparing settlement documents including a stipulated judgment which they anticipate executing and filing with the Court within the next 10 days. Therefore, Plaintiffs request the Court vacate the June 19, 2019 deadline for Plaintiffs to file their Reply to Defendant's opposition to

1

**NOTICE OF SETTLEMENT**
Case No. 17-cv-03327-HSG

P:\CLIENTS\PATCL\Sling Shot Drywall\Pleadings\Notice of Settlement.docx

Plaintiffs' Motion for Summary Judgment and the June 27, 2019 hearing on Plaintiffs' Motion for Summary Judgment.

DATED: June 18, 2019  **SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/S/_____
Matthew P. Minser
Attorneys for Plaintiffs, , District Council 16
Nor. Cal. Health and Welfare Trust Fund, et al.

DATED: June 18, 2019  **SQUIRE PATTON BOGGS (US) LLP**

By: _____/S/_____
Wallace E. Smith
Attorneys for Defendant, RBE Construction, Inc., et al.

IT IS SO ORDERED

Pursuant to the foregoing Notice of Settlement and Request to Vacate, and good cause appearing, the Court hereby vacates the June 19, 2019 deadline for Plaintiffs to file their Reply brief and the June 27, 2019 hearing on Plaintiffs' Motion for Summary Judgment.

Dated: 6/20/2019  _____
UNITED STATES DISTRICT JUDGE

2

**NOTICE OF SETTLEMENT**
Case No. 17-cv-03327-HSG

P:\CLIENTS\PATCL\Sling Shot Drywall\Pleadings\Notice of Settlement.docx